# RETURN OF SERVICE

## UNITED STATES DISTRICT COURT
### Central District of California

Case Number: 2:26-CV-01399

Plaintiff:

**HK Gelite Intelligent Technology Ltd**

vs.

Defendant:

**Jolux Lightning LLC; Funjian YDJ Light Co. Ltd.**

For:

The Gikkas Law Firm, P.C.
800 W. El Camino Real
Ste 180
Mountain View, CA 82801

Received by Front Range Legal Process Service, Inc. to be served on **Jolux Lighting, LLC - c/o Wyoming Secretary of State, Herschler Building East, 122 West 25th Street, Suite 101, Cheyenne, WY 82002** .

I, Gregory Goodwine, do hereby affirm that on the **20th day of February, 2026 at 4:27 pm, I:**

served a **CORPORATION** by delivering a true copy of the **Summons; Declaration of Counsel to Dispense with Notice Requirement for Temporary Restraining Order [L.R. 65-1]; Exhibits; Report on the Filing or Determination of an Action Regarding a Patent or Trademark; Civil Cover Sheet; Notice of Ex Parte Application by Plaintiff HK Gelite Intelligent Technology Ltd. for a Temporary Restraining Order and Order to Show Cause Why a Preliminary Injunction should not Issue; Declaratory Judgment Complaint for Patent Non-Infringement Demand for Jury Trial; Initial Standing Order for Civil Cases Assigned to Judge Josephine L. Staton; Notice of Interested Parties; Declaration of Xiaofei Xue; [Proposed] Order Granting HK Gelite Intelligent Technology's Motion for Temporary Restraining Order; Memorandum of Points and Authorities in Support of Plaintiff's Ex Parte Application for Temporary Restraining Order and Order to Show Cause why a Preliminary Injunction Should not Issue** with the date and hour of service endorsed thereon by me, to: **Abby Hubbard** as Business Registrar for **Jolux Lighting, LLC** at the address of: **Herschler Building East, 122 West 25th Street, Suite 101, Cheyenne, WY 82002** , and informed said person of the contents therein, in compliance with state statutes.

**Description** of Person Served: Age: 40s, Sex: F, Race/Skin Color: White, Height: 5'8", Weight: 160, Hair: Blonde, Glasses: N

Under penalty of perjury, I declare that I have read the foregoing Affidavit/Return of Service and that the facts stated in it are true. Also I certify that I am over the age of 18, have no interest in the above action. I certify and know that the one so served to be the same as therein mentioned, that I am not a party to the cause nor concerned in the event thereof.


**Gregory Goodwine**
Process Server

**Front Range Legal Process Service, Inc.**
**145 W. Swallow Road**
**Fort Collins, CO 80525**
**(888) 387-3783**

Our Job Serial Number: FRS-2026001460

Copyright © 1992-2026 DreamBuilt Software, LLC. - Process Server's Toolbox V9.0e