# RETURN OF SERVICE

## UNITED STATES DISTRICT COURT
### Central District of California

Case Number: 2:26-CV-01399

Plaintiff:
**HK Gelite Intelligent Technology Ltd**
vs.
Defendant:
**Jolux Lightning LLC; Funjian YDJ Light Co. Ltd.**

For: The Gikkas Law Firm, P.C.

Received by Front Range Legal Process Service, Inc. to be served on Jolux Lighting, LLC, 75 E 3rd Street, Sheridan, WY 82801. I, _____Jeff____Morgan____, do hereby affirm that on the __18__ day of __Feb____, 20_26_ at _10_:00 am., executed service by delivering a true copy of the Summons; Declaration of Counsel to Dispense with Notice Requirement for Temporary Non Serv Restraining Order [L.R. 65-1]; Exhibits; Report on the Filing or Determination of an Action Regarding a Patent or Trademark; Civil Cover Sheet; Notice of Ex Parte Application by Plaintiff HK Gelite Intelligent Technology Ltd. for a Temporary Restraining Order and Order to Show Cause Why a Preliminary Injunction should not Issue; Declaratory Judgment Complaint for Patent Non-Infringement Demand for Jury Trial; Initial Standing Order for Civil Cases Assigned to Judge Josephine L. Staton  Notice of Interested Parties; Declaration of Xiaofei Xue; [Proposed] Order Granting HK Gelite Intelligent Technology's Motion for Temporary Restraining Order; Memorandum of Points and Authorities in Support of Plaintiff's Ex Parte Application for Temporary Restraining Order and Order to Show Cause why a Preliminary Injunction Should not Issue in accordance with state statutes in the manner marked below:

( ) PUBLIC AGENCY: By serving _____ as _____ of the within-named agency.

( ) CORPORATE SERVICE: By serving _____ as _____.

( ) POSTING _____

( ) DESCRIPTION ) Age ____ Sex ____ Race _____ Height ____ Weight ____ Hair _____ Glasses _____

( ) OTHER SERVICE: As described in the Comments below by

COMMENTS: ~~Spoke~~ with Wy commercial Registered agent llc, clear Shaylee Newton at 75 E 3rd street w/o Sheridan She Reveiwed paper and is no longer Registered agent

I certify that I have no interest in the above action, am of legal age and have proper authority in the jurisdiction in which this service was made.

_____ 2/19/26

PROCESS SERVER # N/a
Appointed in accordance with State Statutes

**Front Range Legal Process Service, Inc.**
145 W. Swallow Road
Fort Collins, CO 80525
(888) 387-3783

Our Job Serial Number: 2026001460

Copyright © 1992-2026 DreamBuilt Software, LLC. - Process Server's Toolbox V9.0e

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*  Jolux lighting llc

was received by me on *(date)*  2/17/2026  .

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

☒ I returned the summons unexecuted because  No longer registed agent  ; or

☐ Other *(specify):*

My fees are $ _____ for travel and $ _____ for services, for a total of $  0.00  .

I declare under penalty of perjury that this information is true.

Date:  2/19/2026

_____
Server's signature

Jeff Morgan
_____
Printed name and title

101 e louks st. unit 6384 sherdan wyo.
_____
Server's address

Additional information regarding attempted service, etc:

attempted on 2/18/2026 spoke with shaylee newton after
Reveiwing papers she said wycommercial Registered agent llc.
no longer is Registered with company
agent