Nicolas S. Gikkas (SBN 189452)
nsg@gikkaslaw.com
Stanley H. Thompson, Jr. (SBN 198825)
st@gikkaslaw.com
**THE GIKKAS LAW FIRM, P.C.**
800 W. El Camino Real, Suite 180
Mountain View, California 94040
Telephone: (650) 815-7085
Facsimile: (650) 618-2600

*Attorneys for Plaintiff*
*HK Gelite Intelligent Technology Ltd.*

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| HK GELITE INTELLIGENT TECHNOLOGY LTD., <br><br> Plaintiff, <br><br> v. <br><br> JOLUX LIGHTING LLC and FUJIAN YDJ LIGHT CO., LTD., <br><br> Defendants. | Civil Action No. 2:26-cv-01399-JSL-E <br><br> **HK GELITE INTELLIGENT TECHNOLOGY LTD.'S APPLICATION FOR CONTINUANCE OF HEARING OF MOTION FOR ENTRY OF DEFAULT JUDGMENT** <br><br> Hon. Josephine L. Staton <br><br> Date:  May 22, 2026 <br> Time:  10:30 a.m. <br> Crtrm:  8A <br><br> Complaint Filed: February 10, 2026 |

APPLICATION FOR CONTINUANCE OF HEARING OF MOTION FOR ENTRY OF DEFAULT JUDGMENT                1

A hearing of Plaintiff HK Gelite Intelligent Technology, Ltd.'s ("HK Gelite") Motion for Entry of Default Judgment Against Defendant Jolux Lighting LLC ("Jolux") (ECF 23) is currently scheduled for May 22, 2026. (ECF 25.) The Motion for Default Judgment followed the Clerk's Entry of Default on March 24, 2026. (ECF 20.) Good cause exists to continue this hearing.

Defendant Fujian YDJ Light Co., Ltd. ("Fujian"), a foreign corporation based in China, has not yet been served. As alleged in the Complaint, Fujian co-owns U.S. Patent No. 12,455,066 ("the '066 Patent") with Jolux. (ECF 1 ¶ 14 & ECF 1-4; Declaration of Nicolas S. Gikkas ("Gikkas Decl.") ¶ 3 (filed concurrently herewith)). Additionally, it appears that Jolux and Fujian are in privity and share management. (Gikkas Decl. ¶¶ 4-5.) HK Gelite submits that it would be premature to enter judgment against only one of the two co-owners of the '066 Patent and potentially result in failure to resolve all claims against the defendants. Chinese counsel for HK Gelite through its offices in China is filing, or has already filed, a formal request for service on Fujian of the summons and complaint in this litigation to be delivered to the Chinese Ministry of Justice pursuant to the Convention on the Service Abroad of Judicial and Extrajudicial Documents in Civil or Commercial Matters, signed at the Hague, the 15th of November 1965 ("the Hague Convention"). (Gikkas Decl. ¶ 6.)

HK Gelite seeks this continuance until such time as Fujian can be served through the Hague Convention.  HK Gelite respectfully submits that this continuance

is for good cause and solely for the purpose of conserving judicial and party resources by affording the Court the opportunity to consider granting a judgment against both defendants at the same hearing on the motion for default.  No prejudice to the rights of the defendants will result by the grant of this continuance.

HK Gelite proposes that the hearing of the Motion for Entry of Default Judgment against Jolux be continued to the 63rd day after service of process on Fujian is completed, or the first Friday thereafter if that date does not fall on a Friday, to allow time for HK Gelite to seek an entry of default and file a motion for entry of default judgment against Fujian, assuming Fujian does not answer.

Dated:  May 22 , 2026

**THE GIKKAS LAW FIRM, P.C.**

*/s/ Nicolas S. Gikkas*
Nicolas S. Gikkas (SBN 189452)
nsg@gikkaslaw.com
Stanley H. Thompson, Jr. (SBN 198825)
st@gikkaslaw.com
800 W. El Camino Real, Suite 180
Mountain View, California 94040
T: (650) 815-7085
F: (650) 618-2600
*Attorneys for Plaintiff*
*HK Gelite Intelligent Technology Ltd.*

## CERTIFICATE OF SERVICE

The undersigned certifies that on May 22, 2026, Fujian YDJ Light Co., Ltd. is being served with a copy of the foregoing **HK GELITE INTELLIGENT TECHNOLOGY'S APPLICATION FOR CONTINUANCE OF HEARING OF MOTION FOR ENTRY OF DEFAULT JUDGMENT** in the manner set forth below:

Fujian YDJ Light Co., Ltd. is being served by mail by placing a true copy of the foregoing document and its attachments in a sealed envelope addressed to

Fujian YDJ Light Co., Ltd.
Zhenfeng Industrial Zone
Xiangqian Town, Minhou County
Fuzhou, Fujian  35001
China

and depositing the same with the United States Postal Service with prepaid international postage. Additionally, Fujian YDJ Light Co., Ltd. is being provided with a copy of the foregoing document via email at zhengliping4408@dingtalk.com.

/s/ Nicolas S. Gikkas

APPLICATION FOR CONTINUANCE OF HEARING OF MOTION FOR ENTRY OF DEFAULT JUDGMENT          4