UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No.  2:26-cv-01399-JLS-E                                  Date: May 19, 2026
Title:  HK Gelite Intelligent Technology Ltd. v. Jolux Lighting LLC et al

Present: **Honorable JOSEPHINE L. STATON, UNITED STATES DISTRICT JUDGE**

|  Kelly Davis  |  N/A  |
|---|---|
| Deputy Clerk | Court Reporter |

ATTORNEYS PRESENT FOR PLAINTIFF:   ATTORNEYS PRESENT FOR DEFENDANT:

Not Present                                        Not Present

**PROCEEDINGS:   (IN CHAMBERS)  ORDER (1) DENYING MOTION FOR DEFAULT JUDGMENT (Doc. 23), AND (2) DENYING APPLICATION FOR CONTINUANCE OF HEARING OF MOTION FOR DEFAULT JUDGMENT (Doc. 26)**

Before the Court is a Motion for Default Judgment filed by Plaintiff HK Gelite Technology Ltd.  (Mot., Doc. 23.)  The Court finds this matter appropriate for decision without oral argument, and the hearing set for May 22, 2026, at 10:30 a.m. is VACATED.  Fed. R. Civ. P. 78(b); C.D. Cal. R. 7-15.  For the following reasons, the Court DENIES Plaintiff's Motion.

On February 10, 2026, Plaintiff HK Gelite Intelligent Technology Ltd. filed the complaint in this action against Defendants Jolux Lighting LLC ("Jolux Lighting") and Fujian YDJ Light Co., Ltd. ("Fujian").  (Compl., Doc. 1.)  Plaintiff alleges that Defendants are owners of a patent which they seek to enforce against Plaintiff.  (*Id.* ¶¶ 14–15.)  Plaintiff served Jolux Lighting on February 20, 2026, and default was entered against Jolux Lighting on March 24, 2026.  (Doc. 17; Doc. 20.)  Fujian has not yet been

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No.  2:26-cv-01399-JLS-E                                    Date: May 19, 2026
Title:  HK Gelite Intelligent Technology Ltd. v. Jolux Lighting LLC et al

served.  Plaintiff now moves for default judgment against Jolux Lighting, seeking a declaration that Plaintiff's products do not infringe on Jolux Lighting's patent.  (Mot.)

A district court has discretion to grant or deny a motion for default judgment. *Aldabe v. Aldabe*, 616 F.2d 1089, 1092 (9th Cir. 1980).  Denial of default judgment is warranted where there are multiple defendants and granting default judgment against one defendant would be inconsistent with a judgment in favor of another defendant.  *See Frow v. De La Vega*, 82 U.S. 552, 554 (1872) ("[A] final decree on the merits against the defaulting defendant alone, pending the continuance of the cause, would be incongruous and illegal."); *see also Jazz Casual Prods. Inc. v. Byron*, 2012 WL 13059823, at *2–4 (N.D. Cal. June 21, 2012) (discussing the implications of *Frow* and the need for consistent adjudications).  Accordingly, Rule 54(b) of the Federal Rules of Civil Procedure—often referred to as the "one judgment rule"—provides that, "when multiple parties are involved, the court may direct entry of a final judgment as to one or more, but fewer than all, ... parties only if the court expressly determines that there is no just reason for delay."  Fed. R. Civ. P. 54(b).

Plaintiff does not justify why judgment should be entered against Jolux Lighting before Fujian has been served.  Rather, in Plaintiff's Application for Continuance of Hearing of the Motion for Default Judgment, Plaintiff acknowledges that "it would be premature to enter judgment against only one of the two co-owners of the '066 Patent and potentially result in failure to resolve all claims against the defendants."  (App. at 2, Doc. 26.)  The Court agrees, and concludes that entering default judgment against only Jolux

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No.  2:26-cv-01399-JLS-E                                    Date: May 19, 2026
Title:  HK Gelite Intelligent Technology Ltd. v. Jolux Lighting LLC et al

Lighting at this time would be improper.  Thus, Plaintiff's Motion for Default Judgment is DENIED without prejudice to refiling at the appropriate time.[1]

Initials of Deputy Clerk: kd

---

[1] Because Court will consider a renewed motion for default judgment against both Defendants if Fujian is properly served and default is entered against Fujian, the Court will not continue the hearing on the instant motion for default judgment, and Plaintiff's Application for Continuance of Hearing is DENIED.