UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No. 2:26-cv-01399-JLS-E Date: September 25, 2026
Title: HK Gelite Intelligent Technology Ltd. v. Jolux Lighting LLC et al

Present: **Honorable JOSEPHINE L. STATON, UNITED STATES DISTRICT JUDGE**

| | |
|---|---|
| Kelly Davis | N/A |
| Deputy Clerk | Court Reporter |

| | |
|---|---|
| ATTORNEYS PRESENT FOR PLAINTIFF: | ATTORNEYS PRESENT FOR DEFENDANT: |
| Not Present | Not Present |

**PROCEEDINGS: (IN CHAMBERS) ORDER TO SHOW CAUSE RE: SERVICE ON DEFENDANT FUJIAN YDJ LIGHT CO., LTD.**

On May 18, 2026, Plaintiff HK Gelite Intelligent Technology Ltd. filed an Application for Continuance of its Motion for Default Judgment Hearing, indicating that Defendant Fujian YDJ Light Co., Ltd. ("Fujian"), a foreign corporation based in China, had not yet been served. (App. at 2, Doc. 26.) Plaintiff stated that it planned to serve Fujian pursuant to the Hague Convention. (*Id.*) The Court denied Plaintiff's Motion for Default Judgment, without prejudice to refiling after service on Fujian. (Doc. 27.)

Since May, no proof of service, nor any other documents, have been filed. Accordingly, the Court ORDERS Plaintiff to file a status report, within **seven (7) days** of the issuance of this Order, as to the status of service on Fujian. If service is not accomplished by the time Plaintiff files its initial status report, Plaintiff shall file a status report as to the status of service on Fujian **every 90 days** thereafter, until proof of service is filed. Plaintiff must show that it has acted diligently in seeking to serve Fujian in compliance with the Hague Convention. The failure to timely take all necessary steps for service under the Hague Convention, or the failure to keep the Court apprised of the

status of service through status reports, may result in the dismissal of Fujian from this action.

Initials of Deputy Clerk: kd